UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RITA HOSSLEY * CIVIL ACTION

versus * NO. 06-11350

ALLSTATE INSURANCE COMPANY * SECTION "F"

### ORDER AND REASONS

Local Rule 07.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed and a copy be delivered to chambers eight days prior to the date set for hearing on the motion. No memorandum in opposition to plaintiff's motion to remand, set for hearing on June 20, 2007, has been timely submitted.

Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the Court that the motion has merit, IT IS ORDERED that the plaintiff's motion to remand is GRANTED as unopposed. The case is hereby remanded to the 22nd Judicial District Court for the Parish of St. Tammany.

New Orleans, Louisiana, June 15, 2007.

MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE

1

\_\_ Fee\_\_\_\_
\_\_ Process\_\_\_\_
X Dktd\_\_\_\_
\_\_ CtRmDep\_\_\_\_
\_\_ Doc. No.\_\_\_\_